| | |
|---|---|
| Scott J. Ferrell (State Bar No. 202091)<br>　sferrell@pacifictrialattorneys.com<br>Tyler J. Woods (State Bar No. 232464)<br>　twoods@pacifictrialattorneys.com<br>**PACIFIC TRIAL ATTORNEYS**<br>A Professional Corporation<br>4100 Newport Place, Suite 800<br>Newport Beach, CA 92660<br>Tel: (949) 706-6464<br>Fax: (949) 706-6469<br><br>Attorneys for Defendant<br>CARL'S JR. RESTAURANTS, LLC | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO CASTILLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARL'S JR. RESTAURANTS, LLC d/b/a CARL'S JR. RESTAURANTS #212; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-07760-RGK-RAO<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: October 18, 2016<br>Trial Date: October 17, 2017<br><br>**Hon. Judge R. Gary Klausner** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Date: July 7, 2017

　　　　　　　　　　　　　　　　By: _/s/ Gary Klausner_____
　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, I electronically filed the foregoing JOINT ORDER TO DISMISS WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Tyler J. Woods*
Tyler J. Woods
